UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI BETH THOMPSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,<br><br>　　　　　Defendant. | No. 2:15-cv-0167 AC<br><br><br><br>ORDER |

　　　　Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted an affidavit in support of her request as required by § 1915(a). However, the affidavit is incomplete, in that is shows that plaintiff owns "estate, stocks, bonds, notes, automobiles or other valuable property (excluding household furnishings and clothing)," but fails to describe these items or to state their approximate value. ECF No. 2 at 2. Accordingly, the request to proceed in forma pauperis will be denied with leave to renew it in proper form. 28 U.S.C. § 1915(a).

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff's request to proceed in forma pauperis is DENIED without prejudice to its renewal in proper form in 30 days.

　　　　2. Plaintiff shall submit her renewed request to proceed in forma pauperis, or pay the

1

required filing fee, no later than 30 days from the date of this order. Failure to comply with this order will result in dismissal of this case for failure to prosecute.

DATED: February 2, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE