1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LORI BETH THOMPSON,                          No.  2:15-cv-00167 AC

12                  Plaintiff,

13          v.                                     ORDER

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social Security
15   Administration,

16                  Defendant.

17

18          Plaintiff has filed a motion seeking attorney's fees under the Equal Access to Justice Act

19   ("EAJA").  ECF No. 24.  Accordingly, IT IS HEREBY ORDERED that defendant shall file a

20   response to the motion not later than 30 days from the date of this order.  Plaintiff's Reply, if any,

21   shall be filed no later than 14 days from the date defendant's response is filed.

22   DATED: November 3, 2016

23

24                                               _____
                                                 ALLISON CLAIRE
25                                               UNITED STATES MAGISTRATE JUDGE

26

27

28